UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BROCK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　Respondent. | ) Case No. EDCV 14-1218 BRO(JC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

　　Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED:  June 23, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE